UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNEST S. HARRIS, | No. 2:04-cv-1906 GEB CKD P |
| Petitioner, | |
| v. | ORDER |
| BILL LOCKYER, | |
| Respondent. | |

On September 2, 2010, petitioner's motion to amend the petition was denied and this case closed. (ECF No. 56.) Petitioner's subsequent motion to amend the petition was also denied. (ECF No. 69.) As this case has been closed, documents filed by petitioner will be disregarded, and no orders will issue in response to future filings.

Dated: December 3, 2013

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/mp
harr1906.158